# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:14-cv-00804-P |
| | § | |
| RICIA DANIELS, | § | |
| d/b/a RICIA'S CONVENIENCE | § | |
| TAX SERVICE, and RICIA'S | § | |
| CONVENIENCE TAX SERVICE, INC., | § | |
| | § | |
| Defendants. | § | |

## UNITED STATES' PRE-TRIAL WITNESS LIST

Pursuant to the Court's Scheduling Order, the United States of America identifies the following witnesses:

| ORDER | NAME OF WITNESS | NARRATIVE | DEPOSED | TESTIFY | EXHIBITS |
|---|---|---|---|---|---|
| 1 | Ricia Daniels, Defendant | Preparation of Returns, including her own and the clients of Ricia Tax Convenience Service. Change of name, EFIN and ETIN in 2014. | Yes | Maybe | 1, 2, 6-8, 11, 12, 17, 18, 19A-19-C, 20-26, 27-31, 32, 33, 34, 40A, 40H |
| 2 | Tanya Sander, IRS Agent | Agent Sanders has reviewed returns prepared by Daniels and returns filed using Daniel's EFIN. She also reviewed IRS audit results. She also interviewed Daniels and discussed the preparation and filing of returns, including Daniels own returns. In addition, Agent Sander was designated as an expert witness. The witness may give testimony regarding the interpretation of information contained on IRS transcripts, including GII reports derived from transcripts of taxpayers who were clients of Ricia Daniels, Ricia's Convenience Tax Service, Inc., any business owned or operated by Ricia Daniels or any individual | No | Probable | 1-15, 20-34, 36-39, 40A-40H, 43, any RtVue Return or IRS exam file. |

| ORDER | NAME OF WITNESS | NARRATIVE | DEPOSED | TESTIFY | EXHIBITS |
|---|---|---|---|---|---|
|  |  | who worked for Ricia Daniels, Ricia's Convenience Tax Service or any business owned or operated by Ricia Daniels. She will also testify as records custodian. |  |  |  |
| 3 | Aubrey Green, ERO | Brother of Defendant. He is a high school counselor in Lawton, Oklahoma. He allowed Ms. Daniels to use his EFIN, without supervision, to file tax returns during the 2014 preparation year. | Yes | By Depo | 16, 40B, 40C, 135-140 |
| 4 | Jaricia Daniels, Daughter | Daughter of Defendant. Owner of Xat-Tax, which she started while she was in high school in late 2013, after IRS confronted Ms. Daniels. Ms. Daniels operates her tax preparation business using Xat-Tax during the 2014 Preparation Year. | Yes | Possible | 40F, 40G, 49 |
| 5 | Debra Richardson Beavers | Tax return preparer who worked for Ms. Daniels during all of the years in question. | No | Maybe | 13, 40D, 255-259 |
| 6 | Waricka Sykes | Tax return preparer who worked for Ms. Daniels during all of the years in question. She has started her own tax preparation business in PY 2014. | No | Maybe | 14, 40E, 42 |
| 7 | Ruth Abney | Client. Daniels prepared her 2010 & 2011 returns. Waricka Sykes prepared her 2012 return at another tax preparation business, Tax Studio. Her 2011 & 2012 returns were audited by the I.R.S. She agreed to an adjustment. | No | Possible | 50-60 |
| 8 | Ralph Allen (Antonia) | Client. Husband of Antonia Allen. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 61-70 |
| 9 | Antonia Allen (Ralph) | Client. Wife of Ralph Allen. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Possible | 61-72 |
| 10 | Isaiah Beavers | Client. Preparation of Returns for 2011-2013. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 73-78 |

| ORDER | NAME OF WITNESS | NARRATIVE | DEPOSED | TESTIFY | EXHIBITS |
|---|---|---|---|---|---|
| 11 | Brittany Buckmaster | Client. Ricia Tax Convenience Service did her 2010 and 2011 returns. She thinks Sykes did both returns. She talked to Daniels after the IRS audit. She never visited the office. She does not remember signing the returns or seeing them before they were filed. She did not know about fee. She thought it was 10% of refund. | No | Maybe | 79-85 |
| 12 | Tania Coleman (James) | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 86-101 |
| 13 | James Coleman (Tania) | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 86-101 |
| 14 | Lee Ann Combs | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 102-109 |
| 15 | Mittie Cotton | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Possible | 110-117 |
| 16 | Deborah Daniels | Client. Wife of Kelvin Daniels. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 118-121 |
| 17 | Kelvin Daniels | Client. Husband of Deborah Daniels. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 118-121 |
| 18 | Varrick Glass | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 122-133 |
| 19 | Roger Guignard | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Possible | 141-144 |
| 20 | Shannon Jones (Roger) Guignard | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 185-190 |

| ORDER | NAME OF WITNESS | NARRATIVE | DEPOSED | TESTIFY | EXHIBITS |
|---|---|---|---|---|---|
| 21 | Beatrice Hutson | Client. Mother of Brandie Hutson. Ricia has been doing her returns. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Possible | 145-148 |
| 22 | Brandie Hutson | Client. Daughter of Beatrice Hutson. Daniels prepared her return over 3 to 5 years and included a false business. She never signed a return. She did not know the fees she paid until later. The fees were more than she would pay anyone if she had known. Her signature appears forged on an amended return. | No | Probable | 149-157 |
| 23 | Angela Jackson | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 158-164 |
| 24 | Lorraine James | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 165-166 |
| 25 | Tracy Jeffers (Janielle) | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 167-169 |
| 26 | Janielle Jeffers (Tracy) | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Possible | 167-169 |
| 27 | Otis Jones | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 171-175 |
| 28 | Seth Jones | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 176-183 |
| 29 | LaCrystal Knight | Client. Ricia Tax Convenience did 2011 - 2013 returns. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 191-196 |
| 30 | John or Cara Lovelady | Client. Ricia Tax Convenience did 2011 - 2012 returns. Either will discuss what information was given the preparer, the amount paid, whether the return was | No | Probable | 210-214 |

| ORDER | NAME OF WITNESS | NARRATIVE | DEPOSED | TESTIFY | EXHIBITS |
|---|---|---|---|---|---|
| | | reviewed, signed and a copy given to the client. | | | |
| 31 | Madisha Matthews | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Possible | 215 |
| 32 | Michael Miller | Client. Ricia Tax Convenience did returns for several years. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 216-220 |
| 33 | La Sonya Perkins Jones | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Possible | 221-227 |
| 34 | Orrika Porter Grant | Client. Ricia has done her returns for many years. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 229-235 |
| 35 | Raynita Powell | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 240-243 |
| 36 | Ingrid Ramirez | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 244-247 |
| 37 | Juan Ramirez | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 248-254 |
| 38 | Russell Simpson | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 260-263 |
| 39 | Heather Simpson | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 260-263 |
| 40 | Steven Sisomsun | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 264-265 |

| ORDER | NAME OF WITNESS | NARRATIVE | DEPOSED | TESTIFY | EXHIBITS |
|---|---|---|---|---|---|
| 41 | Lauren Sisomsun | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Possible | 264-265 |
| 42 | Richard Smith | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 266-271 |
| 43 | Larry Tyler | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 273-276 |
| 44 | Toneisha Tyler | Client. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Maybe | 273-276 |
| 45 | Cory Williams | Client.  The return does not represent what was told the preparer.  No fees disclosed. Debra Beavers at Ricia Convenience did returns for 2010 through 2012. | No | Probable | 277-281 |
| 46 | Melissa Williams | Client.  The return does not represent what was told the preparer.  No fees disclosed. What information was given the preparer, the amount paid, whether the return was reviewed, signed and a copy given to the client. | No | Probable | 277-281 |

/s/ Joseph A. Pitzinger, III
JOSEPH A. PITZINGER, III
Attorney, Tax Division
Tex. Bar No. 16055800
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Phone: (214) 880-9728
Fax: (214) 880-9742
Joseph.A.Pitzinger@usdoj.gov

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I, Joseph A. Pitzinger, certify that on December 5, 2014, I electronically filed the United States' Pre-Witness List using the ECF system, which will send notification of the filing to the following:

G. Talmadge Nix, III
Law Office of G. Talmadge Nix
112 N. Travis Street, Suite 100
Sherman, Texas  75090

/s/ Joseph A. Pitzinger, III
JOSEPH A. PITZINGER, III